Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
### for the

FILED '23 03 10 AM09:28 MDGA-MAC

### Middle District of Georgia

_Macon_____ Division

| | |
|---|---|
| Amy Crane<br><br>_____<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br>**-v-**<br><br>Jones County Sheriff Dept,Jones County, Sheriff Butch<br>Reese, Capt Moody,<br>Lt Skinner, Lt Heart<br>Nurse Ginger<br>_____<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names. Do not include addresses here.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. _____<br><br>*(to be filled in by the Clerk's Office)*<br><br><br>Jury Trial: *(check one)*  ✔Yes  ☐No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Amy Crane |
| Address | 1871 Bethlea Ave |
| | Macon    GA    31204 |
| | *City*    *State*    *Zip Code* |
| County | BiBB |
| Telephone Number | 470-991-9545 |
| E-Mail Address | |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jones County Sheriff Dept and Jones County |
| Job or Title *(if known)* | jail |
| Address | 123 Holmes Hawkins Dr |
| | Gray    GA    31032 |
| | *City*    *State*    *Zip Code* |
| County | Jones |
| Telephone Number | (478) 986-3489 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Sheriff Butch Reese |
| Job or Title *(if known)* | Sheriff |
| Address | 123 Holmes Hawkins Dr |
| | Gray    GA    31032 |
| | *City*    *State*    *Zip Code* |
| County | Jones |
| Telephone Number | (478) 986-3489 |
| E-Mail Address *(if known)* | |

☑ Individual capacity    ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | Capt Moody |
| Job or Title *(if known)* | Captain |
| Address | 123 Holmes Hawkins Dr |
| | Gray — City   GA — State   31032 — Zip Code |
| County | Jones |
| Telephone Number | (478) 986-3489 |
| E-Mail Address *(if known)* | |

☑ Individual capacity      ☐ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | Lt Skinner |
| Job or Title *(if known)* | lutenient |
| Address | 123 Holmes Hawkins Dr |
| | Gray — City   GA — State   31032 — Zip Code |
| County | Jones |
| Telephone Number | (478) 986-3489 |
| E-Mail Address *(if known)* | |

☑ Individual capacity      ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? 8th amendment, 14th amendment. Being protected from cruel and unusual punishment. Pursuant to the Eighth Amendment, an individual is entitled to freedom from treatment including torture, abuse or being forced to live in unsanitary conditions;
Protections afforded to disabled individuals under the Americans with Disability Act. even if an individual is incarcerated, if they have a disability, they have rights under the ADA.

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

---

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Capt Moody and Sheriff Butch Reese failed to properly train their employees on the importance of seeking medical treatment for inmates. Because of this my 8th was violated.
Capt Moody never answered my grievances I had jailers send to him directly, he could have helped me get medical.
LT heart falsified my inmate intake records about medical questions I did answer. He also failed to train the jailers he supervised.And failed to respond adequately in my medical situation. Violated the 8th

## III.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?
Jones County Jail

B.  What date and approximate time did the events giving rise to your claim(s) occur?
June 9th, 2022, night,

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
I am disabled, I lost my unborn child , I was denied medical care I needed to go to hospital., After I lost my child, jailers allowed me sit in the blood for a few days , then I was allowed a shower., I was in a cell alone, without a shower, table, just a toilet and a boat, My food was often placed on the floor, I refused to eat because of this, I was treated like a caged animal. I was in so much pain, due to the cramping from my unborn/blood clots passing through my cervix, I tried to kill myself 3 or 4 times, before that I asked for a mental help as I was withdrawing from my psych meds, I was told they don't offer that service. The lights stayed on 24/7. Even though I had done nothing, I was in solitude confinement for a while.Upon arrival actually. Upon arrival to the jail I was placed in a visitation room for hours, without a toilet, water or food. I urinated on myself, They forgot I was there. until someone watching the camera notified a jailer. During my stay in solitude, I wasn't allowed outside time, Just 15 mins a day to make a phone call, I didn't have access to water until the final 2 weeks of my stay.
See attached page>>>>>>>>>>>>>

---

Page 4

C.

I was moved to another cell there I could drink from the shower, or the small sink connected to the toilet, the water had particles in it and tasted bad, so I didn't have access to clean water. I was moved to another solitude cell after a while but with 3 other women. The cell was only supposed to have 2 women. so, me and another woman was practically sleeping near a toilet. I had no access to commissary to buy personal items, I was allowed pads to use for the bleeding and had to keep the blood soaked pads in the room with the other women and they began to attract flies and create an odor, for a while I didn't have underwear, I had to secure the pads the best way I could, after the pads was gone I had to use rags to bleed in, my mom was allowed to bring me panties when jailer King allowed her too as she felt sorry for me and saw all the blood. I asked King for cleaning supplies so that I could clean up after myself, but she had inmate Marlon Hopkins do it, this was before I moved in with the other ladies. I was able to wash my hair about 2 weeks after being in jail, The shampoo isn't compatible with my hair type, its solely for Caucasian hair. I used it and my hair began to thin and fall out. I wrote a grievance to Capt. moody about it, but he never responded. Jailer Daniels said she would try to speak with him about it. Hair, in my culture is a type of religion, it's very important and my concerns wasn't taken seriously. It was the same situation with skin products. I wrote around 10 grievances during the time I was in jail due to my declining health, all but 2 was thrown away. 2 of the jailers saw what was going on with me and made sure that at least 2 incidents got documented. I was able to go to the doctor 2 days before my release only after I got a lawyer. If it wasn't for my lawyer, I wouldn't have seen a doctor. Helen Dennard was an inmate who mentally supported me through everything, once I was placed in the cell with her and helped me get a little better.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Scars related to my suicide attempts, mental and physical pain, PTSD, Infertility, progressive heart failure as I am already a heart patient. BV which is a bad infection due to my miscarriage and no antibiotics, I'm in need of a surgery to treat my uterus, ovaries occurring from the ordeal. I'm experiencing incontinence as well. I cannot afford the surgery I need. I was treated by my OBGYN, and my hear doctor. As well as my psychiatrist. While incarcerated , I was denied visits to my specialists. Infertility is now a factor as I have fibroids and scar tissue. I would need to freeze eggs/embryos and transplant them into a healthy uterus in order to get pregnant again. I'm receiving new medication in order to cure the right side of my heart failing due to me not being able to get treatment in time. Pertaining to my hair , I have suffered severe hair loss and thinning. I have to have hair treatments every two weeks to get it back to its natural state.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Actual damages of $600,000 for current Dr bills, medications and future doctor expenses, Which includes, my uterine surgery, therapist, psychiatry appointments to cope with the mental pain, physical and the humiliation Ive endured. Nutritionist as I was preparing for weight loss surgery, I was denied nutritionist appointments and they were over visits the phone I didn't have to go anywhere. Fertility treatments if I decide I want more children in the future, or a surrogate, memorial service , I want to have a proper service for my baby I lost in the Jones County Jail. Ongoing hair treatments.

Punitive damages 5 million dollars to hold them accountable for what they did.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:                03/09/2023

Signature of Plaintiff

Printed Name of Plaintiff        Amy Crane

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address