IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| AMY CRANE, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-93 (MTT) |
| | * |
| Nurse GINGER SKIPPER, *et al.*, | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 8, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 9th day of January 2025.

                                                          David W. Bunt, Clerk

                                                      s/ Timothy L. Frost, Deputy Clerk